UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAWN BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-00808-RLY-DKL |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., MIDLAND FUNDING, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER TO FILE STIPULATION OF DISMISSAL**

The parties having notified the Court that this case settled, the Court hereby orders parties to file their **Stipulation of Dismissal on or before JANUARY 9, 2015.** Any previously-ordered dates and deadlines are VACATED and any pending motions, except for motions to seal, are DENIED as MOOT.

Dated: 11/25/2014

_Denise LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Darren Andrew Craig
FROST BROWN TODD LLC
dcraig@fbtlaw.com

Dean R. Brackenridge
FROST BROWN TODD LLC
dbrackenridge@fbtlaw.com

John Thomas Steinkamp
JOHN T. STEINKAMP AND ASSOCIATES
steinkamplaw@yahoo.com

David J. Philipps
PHILIPPS & PHILIPPS LTD
davephilipps@aol.com

Mary E. Philipps
PHILIPPS & PHILIPPS, LTD
mephilipps@aol.com

Angie K. Robertson
PHILIPPS AND PHLIPPS, LTD.
angiekrobertson@aol.com